[No. 44439-9-II.   Division Two.   June 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE L. SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00211-1, George L. Wood, J., entered January 24, 2013. *Reversed* and *remanded* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[Nos. 44608-1-II; 44629-4-II;   Division Two.   June 24, 2014.]
44784-3-II.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HEAGY, *Appellant*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 04-1-01712-1, Sally F. Olsen, J., entered January 18, 2013. *Remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Lee, JJ.

[No. 45176-0-II.   Division Two.   June 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DEWAYNE DICKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01558-1, Edmund Murphy, J., entered July 11, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Maxa, JJ.